UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 21-9798 JFW (KS)   Date: August 8, 2022

Title  <u>Caviar Mickens v. Housing Authority of the City of Los Angeles et al.</u>

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: n/a    Attorneys Present for Defendant: n/a

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On December 20, 2021, Plaintiff, a California resident proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (the "Complaint") raising a number of claims based on alleged housing discrimination by Defendants. (Dkt. No. 1.) On June 15, 2022, Defendant People Assisting The Homeless ("PATH") filed a Motion for Judgment on the Pleadings (the "Motion") on the grounds that Plaintiff failed to plead a cause of action or point to any wrongdoing on the part of PATH. (Dkt. No. 56.)

Pursuant to the Court's briefing schedule issued on June 16, 2022, Plaintiff's opposition to the Motion was due on or before July 18, 2022. (Dkt. No. 57.)

Since PATH filed its Motion, Plaintiff has moved to join a new defendant (Dkt. No. 58), twice requested entry of default against Defendant Division of Adult Parole Operations (Dkt. Nos. 60, 80), filed an opposition to Defendant Housing Authority's motion to dismiss the Complaint (Dkt. No. 65), filed an opposion to Defendant LAPD's Answer (Dkt. No. 70) and an addendum to that opposition (Dkt. No. 72), and filed an opposition to Defendants Los Angeles County Board of Supervisors and Los Angeles County Sheriff's Department's motion to dismiss the Complaint. (Dkt. No. 74.) However, despite the fact that Plaintiff is actively engaged in this litigation, Plaintiff has not, to date, filed any opposition to Defendant PATH's pending Motion. That opposition is now three weeks past due.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 21-9798 JFW (KS)                                             Date: August 8, 2022

Title   <u>Caviar Mickens v. Housing Authority of the City of Los Angeles et al.</u>

     Local Rule 7-12 states that a party's failure to file a required document such as an opposition to a motion "may be deemed consent to the granting . . . of the motion." Further, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a Plaintiff "fails to prosecute or to comply with these rules or a court order." Thus, the Court could properly recommend granting the Motion or even dismissal of the action for Plaintiff's failure to oppose the Motion and timely comply with the Court's orders.

     However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before August 15, 2022** why Defendant PATH's Motion should not be granted under Local Rule 7-12. In order to discharge this Order, Plaintiff must file by the August 15, 2022 deadline <u>either</u>:

(1) an opposition to the Motion in compliance with the Local Rules and this Court's orders; or

(2) a request for a *brief* extension to file an opposition accompanied by a sworn declaration (not to exceed 3 pages) establishing good cause for Plaintiff's failure to timely respond to the Motion. **Plaintiff is warned that the Court does not anticipate granting any extensions absent specific facts showing extraordinary circumstances.**

     **Plaintiff is also cautioned that the failure to timely comply with this order WILL be deemed as Plaintiff's consent to the granting of Defendant PATH's Motion and lead to a recommendation that the Motion be granted under Local Rule 7-12.**

     **IT IS SO ORDERED.**

                                                **Initials of Preparer**   gr