1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CAVIAR MICKENS,                           )   NO. CV 21-9798 JFW (KS)
          **Plaintiff,**          )
    v.                                  )
                        )   **ORDER ACCEPTING FINDINGS AND**
                        )   **RECOMMENDATIONS OF UNITED**
HOUSING AUTHORITY OF THE       )   **STATES MAGISTRATE JUDGE**
CITY OF LOS ANGELES, et al.,        )
          **Defendants.**         )
_____  )

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Motion to Dismiss brought by Defendants County of Los Angeles and Los Angeles County Sheriff's Department (dkt. no. 37), all of the records herein, and the related Report and Recommendation of United States Magistrate Judge ("Report") (dkt. no. 102). The time for filing objections has passed and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that the Motion to Dismiss filed by Defendants County of Los Angeles and Los Angeles County Sheriff's Department is GRANTED with prejudice.

DATED:    January 18, 2023

                                         _____
                                            JOHN F. WALTER
                                     UNITED STATES DISTRICT JUDGE