UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVIAR MICKENS,<br>　　　　　Plaintiff,<br>　v.<br>HOUSING AUTHORITY OF THE CITY OF LOS ANGELES, et al.,<br>　　　　　Defendants. | NO. CV 21-9798 JFW (KS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Motion to Dismiss brought by Defendant Housing Authority of the City of Los Angeles (**dkt. no. 40**), all of the records herein, and the related Report and Recommendation of United States Magistrate Judge ("Report") (dkt. no. 104).  The time for filing objections has passed and no Objections have been filed with the Court.  Having completed its review, the Court accepts the findings and recommendations set forth in the Report.  Accordingly, IT IS ORDERED that the Motion to Dismiss filed by Defendant Housing Authority of the City of Los Angeles is GRANTED with prejudice.

DATED:　　　January 18, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE