# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVIAR MICKENS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOUSING AUTHORITY OF THE CITY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | NO. CV 21-9798-JFW (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) Defendant Los Angeles Police Department's Motion for Judgment on the Pleadings is **GRANTED** (Dkt. No. 119); (2) all claims and allegations against Defendants Los Angeles Police Department and Division of Adult Parole Operations are **DISMISSED**; and (3) Judgment shall be entered **DISMISSING** this action in its entirety with prejudice.

DATED: AUGUST 9, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE