# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVIAR MICKENS, | ) NO. CV 21-9798 JFW (KS) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| HOUSING AUTHORITY OF THE CITY OF LOS ANGELES, et al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: AUGUST 9, 2023

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE